JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RAGAA BENJAMIN, | ) | No. SA CV07-1368-DOC(ANx) |
|---|---|---|
| Plaintiff, | ) | ORDER DISMISSING CIVIL ACTION |
| v. | ) | |
| NETLIST INC., ET. AL., | ) | |
| Defendants. | ) | |

The Court issued an Order to Show Cause re Dismissal for Lack of Prosecution on August 21, 2008. Parties were ordered to show cause in writing no later than September 4, 2008, why this action should not be dismissed for lack of prosecution. Parties have failed to file any response to the Order to Show Cause.

IT IS ORDERED that this action is hereby dismissed without prejudice for lack of prosecution.

DATED: September 30, 2008

*/s/ David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE